IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRAIGHTLINE DESIGN, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OLSEN ENTERPRISES, INC., HART & OLSEN PROPERTY GROUP, INC., BRIDGET OLSEN, RYAN OLSEN, JS2 SOLUTIONS, INC., and JEFF SEAMAN,<br><br>　　　　　　　Defendants. | 8:23CV204<br><br>ORDER ON JOINT MOTIONS TO DISMISS WITH PREJUDICE |

　　　　This case is before the Court on the parties' Joint Unopposed Motion to Dismiss with Prejudice, Filing 66, and the parties' Corrected Joint Unopposed Motion to Dismiss with Prejudice signed by counsel for all parties, Filing 67. The parties state that they have settled this lawsuit and stipulate to dismissal with prejudice, with each party to bear its own costs and attorneys' fees, and with the Court explicitly retaining jurisdiction to enforce the settlement agreement. Accordingly,

　　　　IT IS ORDERED that the parties' Joint Unopposed Motion to Dismiss with Prejudice, Filing 66, is denied as moot, and the parties' Corrected Joint Unopposed Motion to Dismiss with Prejudice, Filing 67, is granted. All claims are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement.

　　　　Dated this 17th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1